**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
**HYPEFORTYPE LTD.,**

                        Plaintiff,

  -against-

**IMMEDIATE MEDIA COMPANY NORTH AMERICA, INC.,**

                       Defendant.
---------------------------------------------------------------- X

**17-CV-03758**
**(FB) (JO)**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Defendant having not answered or otherwise moved and further to negotiations to resolve the above-captioned matter, Plaintiff HYPEFORTYPE LTD., hereby voluntarily dismisses the above-captioned action, as against the Defendant IMMEDIATE MEDIA COMPANY NORTH AMERICA, INC., *with prejudice*, and with each party bearing its own costs and attorneys' fees.

Date: October 2, 2017

**THE MARTINEZ GROUP PLLC**

By: _____/Frank J. Martinez/_____
     Frank J. Martinez, Esq. (FJM-2149)
     *Attorney for Plaintiff*
     *HypeForType Ltd.*

SO ORDERED

     55 Poplar Street, Suite 1-D
     Brooklyn, New York 11201
     718.797.2341 Telephone
     FM@martinezgroup.com

_____
       Frederic Block, U.S.D.J.

{00027651 v.1}

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, was served on October 2, 2017 by electronic mail only to:

Laura Chapman, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
4 Embarcadero Center, 17th Floor
San Francisco, California 94111
415.774.3215 Telephone
415.403.6237 Facsimile
lchapman@sheppardmullin.com
*Attorneys for Defendant Immediate Media Company North America, Inc.*

Date: October 2, 2017                                      By:   /Frank J. Martinez/
                                                                  Frank J. Martinez

{00027651 v.1}